THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BUCHANAN, Appellant. [879 NYS2d 802]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Herkimer County Court, Patrick L. Kirk, J.—Criminal Contempt, 1st Degree.) Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDALL S. CLARK, Appellant. [879 NYS2d 802]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Frederick G. Reed, J.—Violation of Probation.) Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR J. COOPER, Appellant. [879 NYS2d 802]—Order unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Monroe County Court, Frank P. Geraci, Jr., J.—Sex Offender Registration Act.) Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY SIMMONS, Appellant. [879 NYS2d 801]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Mark H. Dadd, J.—Attempted Promoting Prison Contraband, 1st Degree.) Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE WIGGINS, Appellant. [879 NYS2d 802]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Christopher J. Burns, J.—Burglary, 2nd Degree.) Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.